UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GERSON ELIEL TOCGONZALES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 5:16-cv-02201-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. 35, "Stipulation"),

IT IS ORDERED that fees and expenses of $6,571.98 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

Dated: July 30, 2018

JOHN D. EARLY
United States Magistrate Judge